Form 14x15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10–13315 NVA    Chapter:   7

Melissa Anne Lord
Debtor(s)

## NOTICE OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

> A copy of the pay advices to the trustee pursuant to § 521(a)(1)(B)(iv) of Title 11 U.S.C. and Administrative Order 05–04 , and

> A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 3/29/10

                                        Mark D. Sammons, Clerk of Court
                                        by Deputy Clerk, K Horning 301–344–3393

cc:   Debtor(s)
      Attorney for Debtor(s) – Jeffrey M. Sirody
      Chapter 7 Trustee – Richard M. Kremen
      U.S. Trustee
      All Creditors